*Morgan, III,* for petitioner. *Mr. J. S. Y. Ivins* for respondent.

No. 240. HUTTON ET AL. *v.* TORGERSON. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. D. Roger Englar* and *George S. Bringle* for petitioners. *Mr. Arthur L. Ross* for respondent.

No. 241. WRIGHT ET AL. *v.* AYER & LORD BARGE CO. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. Chapman Rivercomb* for petitioners. *Mr. Charles C. Grassham* for respondents.

No. 242. UNITED STATES ON BEHALF OF VARIOUS TRUSTEES AND RECEIVERS OF THE BANKRUPTCY COURT *v.* SQUIRE, SUPERINTENDENT OF BANKS OF OHIO, ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Marc J. Grossman* for petitioners. No appearance for respondents.

No. 243. PUERTO RICO *v.* VELAZQUEZ. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby, Benjamin J. Horton,* and *Nathan R. Margold* for petitioner. *Mr. Luis F. Velazquez, pro se.*

No. 244. SENTINEL LIFE INSURANCE Co. *v.* BLACK-MER. October 14, 1935. Petition for writ of certiorari